UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AGUIRRE, | No. C 07-4066 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| ROBERT HOREL, warden, | |
|     Respondent. | |

This habeas action is dismissed without prejudice to petitioner filing a civil rights action in which he asserts his claims about the conditions of confinement.

IT IS SO ORDERED AND ADJUDGED.

DATED: 9/4/07

                                                SUSAN ILLSTON
                                       United States District Judge