1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10   ROBERT AGUIRRE,                              No. C 07-4066 SI (pr)

11           Petitioner,                          **JUDGMENT**

12       v.

13   ROBERT HOREL, warden,

14           Respondent.

15   _____/

16

17       This habeas action is dismissed without prejudice to petitioner filing a civil rights action

18   in which he asserts his claims about the conditions of confinement.

19

20       IT IS SO ORDERED AND ADJUDGED.

21

22   DATED: 9/4/07                              _____
                                                SUSAN ILLSTON
23                                              United States District Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California